**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 28 2009
Aug 28. 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WALTER J. PHILLIPS
(Name of the plaintiff or plaintiffs)

v.

UNIV OF CHICAGO HOSPITALS
TEAMSTERS LOCAL 743
(Name of the defendant or defendants)

09CV5316
Judge Lefkow
Mag. Judge Cole

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is  A CITIZEN  of the county of  COOK  in the state of  ILLINOIS .
3. The defendant is  UNIVERSITY OF CHICAGO HOSPITALS , whose street address is  5758 S. MARYLAND 
(city) CHICAGO  (county) COOK  (state) ILLINOIS  (ZIP) 60637
(Defendant's telephone number)  (773) - 702-1000 
II The plaintiff sought employment or was employed by the defendant at (street address)  5758 S. MARYLAND   (city) ____
(county) COOK  (state) ILLINOIS  (ZIP code) 60637

5. The plaintiff [check one box]
   (a) ☐  was denied employment by the defendant.
   (b) ☐  was hired and is still employed by the defendant.
   (c) ☑  was employed but is no longer employed by the defendant.
6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) 07 , (day) 03 , (year) 07 .

7.1   *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i)   ☑ the United States Equal Employment Opportunity Commission, on or about (month) 07 (day) 11 (year) 2007.

(ii)  ☑ the Illinois Department of Human Rights, on or about (month) 03 (day) 07 (year) 2008.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached. ☑ YES. ☐ NO, but plaintiff will file a copy of the charge within 14 days.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month) _____ (day) _____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month) 5/28/2009 (day) 28th (year) 2009.

c. Attached is a copy of the

a. Complaint of Employment Discrimination,
☑ YES   ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision
☑ YES   ☐ NO, but a copy will be filed within 14 days.

8.   *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*,

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) __5__ (day) __28th__ (year) __2009__ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ failed to stop harassment;
    (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
    (h) ☒ other (specify): I INITIATED MY EEOC CLAIM 7-11-07, I BELIEVE I RECEIVED NO UNION HELP AS A FORM OF RETALIATION FROM MY CLINIC MGR + HER FRIENDS + HER BOSS SUE EATON FROM A PREVIOUS REPORT TO HR FOR HARRASSMENT — I'M DEMANDING TWO YEAR SALARY OF $66,000.00 FOR BACK PAY — I HAVE REQUESTED PUNITIVE DAMAGES AS WELL DUE TO STRESS, STRAIN ON MARRIAGE, NOT BE ABLE TO PAY MORTGAGE DUE TO WRONGFUL DISCHARGE.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    My request for time off was not ever followed by union rule books as initiated from clinic managers to us all in the clinic who requested time off. I have proof I would always get time off at short notice this time was no different since Sue Eaton told me I could be to be married + for honeymoon. off.

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☑ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☑ Direct the defendant to (specify): Pay amount requested for two years back pay of $66,009.6 or a settlement demand of $70,000.00 as well a re-hire plantiff in another area in another capacity.

    (g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

    (h) ☑ Grant such other relief as the Court may find appropriate.

_____
Plaintiff's signature

_____
Plaintiff's name    Walter J. Phillips

Plaintiff's street address  4854 S. PRAIRIE AVE. #3

City Chicago   State IL   ZIP 60615

Plaintiff's telephone number 773-538-8485
708-410-2689

Date: 8/28/09

To: Mr. Thomas F. Roeser
Pre-Investigations Coordinator
312-814-6295

From: Mr. Walter J. Phillips
4854 South Prairie Ave#3
Chicago, IL, 60615
312-538-8485

DEPT. OF HUMAN RIGHTS
INTAKE UNIT
FEB 11 2008
RECEIVED
BY_____

Mr. Roeser,

**My name is Walter J. Phillips,**
On 6/25/07 during my lunch hour, I made a call to the EEOC because I felt I was being harassed and threatened by my then union rep Pat Childs of the University of Chicago Hospitals to write a letter of resignation to leave my job in good standing. At no point or time did the Union Rep of Teamsters Local 743, Pat Childs inform me that I could file a grievance toward the Ortho Clinic and the clinic manager Eileen Kleinick and The Director, Ambulatory Operations, Sue Eaton. This all came about as I was told by the Surgery Administrator Sue Eaton 6/24th to put in my request for my honeymoon, as this was common practice to request time off two or three or even one day before in the Ortho Clinic where I worked. Outside of the union rules section 25.3 requests that an employee must request time off from work sixty days in advance. This practice was never initiated with myself neither other coworkers in the Ortho Clinic. I have proof as I have submitted copies of previous requests with for time off with approval of Clinic manager Eileen Kleinick as well as Sue Eaton, Director, Ambulatory Services of the Ortho Clinic. This time off was being requested for my wedding date as well as my Honeymoon. I was upset and did not understand why the union Rep Pat Childs was telling me to do this. Pat Childs told me she received a conversation from Sue Eaton and that if I did not write the Letter of Resignation they would get me on Job Abandonment if I went on my honeymoon. I was so upset that I had my now wife to call to see if we could reschedule the honeymoon. Since the honeymoon was a gift we could not get the money back, neither reschedule. I felt hurt, betrayed by the very protection that was supposed to protect me from this kind of action. I called in for work every day the week from 6/26/07 to 6/27 to 6/28/to 6/29/2007, I called Gwen Miller at her home at 773-723-1891, I then received some bad words from Mrs. Miller those times I called off, for this reason alone I was scared to come to work. I then for the last two days called the office of Susan Slaviero in Employee Relations because I had issues with Eileen kleinick in the past every time I tried to post out for another position, which led to Mrs. Kleinick being let go from her duties in the Ortho Clinic a few months before. For this reason I really feel and believe this is retaliation against me since Sue Eaton told me she would get her back in the Ortho Clinic as a Christmas gift to her. I returned from my honeymoon July 9th to find a letter from Sue Eaton, (attached) stating Job Abandonment. This was very stressful as it is to this day, I have never had to apply for unemployment before in my life, this decision was challenged by the Ortho Clinic Manager Eileen Kleinick as well as Sue Eaton, Director of Ambulatory Services of the University of Chicago Hospitals. An investigation was determined 7/19/07 I was eligible for the unemployment due to the fact the reason was employee misconduct; which was determined in a letter not to be true since the parties involved knew I was going to be married, Sue Eaton and Eileen Kleinick gave and my now wife and myself an engagement gift as they were not going to be able to attend the wedding ceremony. 8/1/07 I received a call from Harold Johnson of the Teamsters Union Local 743, Mr. Johnson left a Voice Message stating I could file a grievance and he received a letter from the EEOC and he had not known I was not working at the hospital till the letter from the EEOC and he wanted me to call him back at this number, 773-254-7460 ext.743. I chose not to call since I already was out of my job as well as I had received a letter August 8th from the EEOC that he was cc'd on to reply a month ago.

The letter stated the Respondent objected to mediation or failed to respond to EEOC's inquiry concerning mediation. I filled two charges against the University of Chicago Hospitals as well as the Teamsters Union Local 743.

Re: <u>Phillips V. University of Chicago Hospitals</u>
   EEOC Charge Number: 440-2007-06288

R e: <u>Phillips V. Teamsters Local 743</u>
   EEOC Charge Number: 440-2007-06300

DEPT. OF HUMAN RIGHTS
INTAKE UNIT

FEB 1 1 2008
RECEIVED

August 23rd, as well as August 28th I received letters that Janice Streeter had been assigned to investigate my Charges. After a few months had passed by I had not heard anything as Now I'm feeling very helpless, the unemployment has run out as I continue to look for full time work I have everyday stress to take care of my family, to pay my mortgage and utilities. I called the Office of the EEOC 11/07 to find out the status of my charges. I was told Janice Streeter has been relocated to another state and that it was hard to find some one to take on my case. On 11/23/07 at 10:45am I received a phone call, (a rather rude tone) that I would receive a phone call from Ernestine Harris, the unit supervisor for Janice Streeter from contact number 312-886-7490. I never received such a call, I call to leave messages but no return call to me RE; My Charges,

Re: <u>Phillips V. University of Chicago Hospitals</u>
   EEOC Charge Number: 440-2007-06288

R e: <u>Phillips V. Teamsters Local 743</u>
   EEOC Charge Number: 440-2007-06300

Today, 2/8/08 and I still have not received any updated information Ernestine Harris of the EEOC Chicago Local. I was told from the EEOC not to get an attorney because I do not need one as one rep stated. I want to know if im allowed to get a Labor attorney to protect my rights.

Please respond writhen a timely manner as this is all very discouraging on top of losing my job and having to struggle in my heart and mind about my rights as how I will catch up with bills and I pray I continue to keep my new home I had just purchased with my wife in March of 07

Thank you,


Sincerely,


Walter J. Phillips



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-2713
TTY (312) 353-2421
FAX (312) 353-4041

March 20, 2008

Walter J. Phillips
4854 S. Prairie Ave
Chicago, IL 60615

Re: Phillips v. University of Chicago Hospital
EEOC Number: 440-2007-06288

Dear Mr. Phillips:

Due to staff reassignment the investigation of the above referenced matters has been transferred to Investigator, **Jerry Zhang** who can be reached at the above address or by telephone at **(312) 353-7522.**

Please be advised that for security reasons, <u>all</u> visitors to our office <u>must have an appointment</u>, and a photo I.D. for admittance to our office tower.

If you need to meet with her for any reason, please contact her for an appointment at **(312) 353-7522.**

Sincerely,

*Tyrone Irvin*

Tyron Irvin,
Enforcement Supervisor



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison St., Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TDD: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
MEDIATION FAX: (312) 353-6676

DEPT. OF HUMAN RIGHTS
INTAKE UNIT
FEB 1 1 2008
RECEIVED
BY_____

August 8, 2007

Mr. Martin Barr
Carmell, Charone, Widmer, Moss & Barr, Ltd.
230 West Monroe Street, Suite 1900
Chicago, IL 60606

Re:   **Phillips v. Teamsters Local 743**
      EEOC Charge Number: 440-2007-06300

Dear Mr. Barr:

Please be advised that because Respondent objected to mediation or failed to respond to EEOC's inquiry concerning mediation in the above-referenced Charge of Discrimination, the charge will now be forwarded to an enforcement unit for investigation. If Respondent has already submitted its response to the Charge and its evidentiary support, Respondent need not take any further action until after it is contacted by the EEOC investigator.

If Respondent has not submitted a position statement, then Respondent is required to submit its response to the Charge and its evidentiary support within forty (40) days of the date the Charge was received by the EEOC. The deadline for Respondent to reply to the Charge is stated in the "Notice of Charge of Discrimination" (Form 131) which accompanied the Charge of Discrimination. If the due date in the "Notice of Charge of Discrimination" has passed, Respondent's response to the Charge and evidentiary support are past due. In that case, Respondent must submit its response to the EEOC representative identified at the bottom of the "Notice of Charge of Discrimination" immediately.

If you have any questions, please contact the Commission representative named on the "Notice of Charge of Discrimination."

Sincerely,

*John P. Rowe*

John P. Rowe
District Director

cc:   Mr. Walter Phillips
      4854 South Prairie Ave.
      Chicago, IL 60615



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison St., Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TDD: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
MEDIATION FAX: (312) 353-6676

August 27, 2007

DEPT. OF HUMAN RIGHTS
INTAKE UNIT

FEB 1 1 2008
RECEIVED

BY _____

Ms. Michelle Bargineer
Employee & Labor Relations
University of Chicago Hospitals
5841 South Maryland Ave.-MC 1086, rm B1253
Chicago, IL 60637

Re:   **Phillips v. University of Chicago Hospitals**
      EEOC Charge Number: 440-2007-06288

Dear Ms. Bargineer:

Please be advised that because Respondent objected to mediation or failed to respond to EEOC's inquiry concerning mediation in the above-referenced Charge of Discrimination, the charge will now be forwarded to an enforcement unit for investigation. If Respondent has already submitted its response to the Charge and its evidentiary support, Respondent need not take any further action until after it is contacted by the EEOC investigator.

If Respondent has not submitted a position statement, then Respondent is required to submit its response to the Charge and its evidentiary support within forty (40) days of the date the Charge was received by the EEOC. The deadline for Respondent to reply to the Charge is stated in the "Notice of Charge of Discrimination" (Form 131) which accompanied the Charge of Discrimination. If the due date in the "Notice of Charge of Discrimination" has passed, Respondent's response to the Charge and evidentiary support are past due. In that case, Respondent must submit its response to the EEOC representative identified at the bottom of the "Notice of Charge of Discrimination" immediately.

If you have any questions, please contact the Commission representative named on the "Notice of Charge of Discrimination."

Sincerely,

*John P. Rowe*

John P. Rowe
District Director

cc:   Mr. Walter Phillips
      4854 South Prairie Ave.
      Chicago, IL  60615

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-2713
TTY (312) 353-2421
FAX (312) 353-4041

August 28, 2007

Mr. Walter Phillips
4854 South Prairie Avenue
Chicago, IL 60615

    Re:    Phillips v. University of Chicago Hospitals
            EEOC Number: 440-2007-06288

Dear Mr. Phillips:

This is to inform you that I have been assigned as the Investigator for your charge. Presently, I am waiting to receive evidence from the Respondent that you charged with discrimination. When all of this information has been received and analyzed, I will be able to determine what additional steps are appropriate. At any point in this process, I will welcome whatever additional input you may have regarding your charge.

The large inventory of cases currently under investigation in our office may affect the length of time needed to process your charge. You should expect that it will generally require at least six months. We understand that you may be very concerned about your charge when you have not been in contact with us for several weeks or months. Please be assured that the Commission is committed to investigating your charge as expeditiously as possible. We regret that our staff size does not permit us to provide you with more frequent interim contacts without slowing the progress of our investigations. We ask for your understanding and cooperation in this regard.

If it is necessary for you to contact me regarding the investigation of your charge, you may write to me at the above address. Also, if you wish to submit additional information, or report additional complaints of discrimination to us, including reprisal by Respondent against you for filing your present charge, you may do so by writing, or faxing (see fax number above), or by phoning me; I can be reached at (312) 353-8658, between the hours of 8:30 a.m. and 5:00 p.m., Monday through Friday. You may also email me at janice.streeter@eeoc.gov.

Please be advised that for security reasons, **all visitors to our office must have an appointment, and a photo ID**.

If you need to meet with me for any reason, please contact me for an appointment at (312) 353-8658.

                                          Sincerely,

                                          *Janice Streeter*
                                          Janice Streeter
                                          Investigator

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-2713
TTY (312) 353-2421
FAX (312) 353-4041

August 23, 2007

Mr. Walter Phillips
4854 South Prairie Avenue
Chicago, IL 60615

Re: Phillips v. Teamsters Local 743
EEOC Number: 440-2007-06300

Dear Mr. Phillips:

This is to inform you that I have been assigned as the Investigator for your charge. Presently, I am waiting to receive evidence from the Respondent that you charged with discrimination. When all of this information has been received and analyzed, I will be able to determine what additional steps are appropriate. At any point in this process, I will welcome whatever additional input you may have regarding your charge.

The large inventory of cases currently under investigation in our office may affect the length of time needed to process your charge. You should expect that it will generally require at least six months. We understand that you may be very concerned about your charge when you have not been in contact with us for several weeks or months. Please be assured that the Commission is committed to investigating your charge as expeditiously as possible. We regret that our staff size does not permit us to provide you with more frequent interim contacts without slowing the progress of our investigations. We ask for your understanding and cooperation in this regard.

If it is necessary for you to contact me regarding the investigation of your charge, you may write to me at the above address. Also, if you wish to submit additional information, or report additional complaints of discrimination to us, including reprisal by Respondent against you for filing your present charge, you may do so by writing, or faxing (see fax number above), or by phoning me; I can be reached at (312) 353-8658, between the hours of 8:30 a.m. and 5:00 p.m., Monday through Friday. You may also email me at janice.streeter@eeoc.gov.

Please be advised that for security reasons, **all visitors to our office <u>must</u> have an appointment, and a photo ID**.

If you need to meet with me for any reason, please contact me for an appointment at (312) 353-8658.

Sincerely,

*Janice Streeter*
Janice Streeter
Investigator

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

June 29, 2007

Walter Phillips
4854 S Prairie #3
Chicago, Illinois 60615

Dear Mr. Walter Phillips,

Thank you for contacting us on 06/25/2007 01:22 PM. Based on the information you provided, it appears your situation may be covered by the laws we enforce. To begin the charge-filing process, please read and complete the entire questionnaire immediately. You may return the questionnaire by mail to the EEOC office listed below or you may return the questionnaire in person. If you wish to return the completed questionnaire in person, we strongly encourage you to call the office at the number indicated below before visiting. The charge filing process can take up to two hours to complete and the intake office hours and procedures differ from office to office.

   Chicago District Office
   500 West Madison St., Suite 2800
   Chicago, Illinois  60661
   1-866-408-8075 or 1-312-353-2714

Please remember to:
- Answer all questions as completely as possible.
- Include the location where you work(ed) or applied.
- Complete both sides of each page.
- Attach additional pages to complete your responses, if necessary.
- Contact the field office if you have questions about completing this
  form or if you wish to inquire about visiting the office to complete the charge filing process.

Information about the laws we enforce and our charge-filing procedures is available on our web site at www.eeoc.gov.

A charge of job discrimination must be filed with the EEOC within 180 days from the date of harm in order to protect your rights. This 180 day filing deadline may be extended to 300 days if the charge is also covered by a state or local job discrimination law. Therefore, it is important that you submit the completed questionnaire promptly.

Generally, submission of this questionnaire will not meet all requirements for filing a charge. However, this questionnaire will allow the EEOC to review your circumstances further and determine whether we can assist you.

Please call 1-800-669-4000 and provide the transaction number 070625-001884, if you have not heard from the field office after 30 days from the date you mailed the completed questionnaire.

Sincerely,
U.S. Equal Employment Opportunity Commission

* PLEASE do NOT return the questionnaire to the address on the envelope; return it to the address above *

EEOC Form 161 (2/08)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Walter J. Phillips<br>4854 S Prairie Ave<br>Chicago, IL 60615 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

Certified Mail 7001 0320 0005 9832 3146

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-06300 | Jerry Zhang, Investigator | (312) 353-7522 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_John P. Rowe_   5/28/2009
John P. Rowe,   (Date Mailed)
District Director

Enclosures(s)

cc:

**TEAMSTERS LOCAL 743**

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 440-2007-06300 |

Illinois Department Of Human Rights                                         and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Walter J. Phillips | (773) 538-8485 | 01-16-1966 |

Street Address: 4854 S Prairie Ave, Chicago, IL 60615

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TEAMSTERS LOCAL 743 | 15 - 100 | (773) 254-7460 |

Street Address: 4620 S Trip Avenue, Chicago, IL 60632

DISCRIMINATION BASED ON:
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-01-2006    Latest: 07-03-2007
[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was a union member since March 14, 2005. Since in or about March 2006, my employer subjected me to disciplinary actions. In or about November 2006, I complained about discrimination. On July 3, 2007, I was discharged. Since in or about March 2006, I have been denied union representation.

I believe that I have been discriminated against because of my sex, male, and retaliated against because of my protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
JUL 11 2007
CHICAGO DISTRICT OFC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jul 11, 2007
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161 (2/08)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Walter J. Phillips<br>4854 S Prairie Ave<br>Chicago, IL 60615 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

Certified Mail 7001 0320 0005 9832 3139

[ ]   On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-06288 | Jerry Zhang,<br>Investigator | (312) 353-7522 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     5/28/2009
John P. Rowe,                           (Date Mailed)
District Director

Enclosures(s)

cc:

**UNIV OF CHGO HOSPITALS**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: <br> ☐ FEPA <br> ☒ EEOC | Agency(ies) Charge No(s): <br> 440-2007-06288 |
|---|---|---|
| | **Illinois Department Of Human Rights** <br> *State or local Agency, if any* | and EEOC |

| Name (indicate Mr., Ms., Mrs.) <br> **Mr. Walter J. Phillips** | Home Phone (Incl. Area Code) <br> **(773) 538-8485** | Date of Birth <br> **01-16-1966** |
|---|---|---|
| Street Address <br> **4854 S Prairie Ave, Apt 3,** | City, State and ZIP Code <br> **Chicago, IL 60615** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name <br> **UNIVERSITY OF CHICAGO HOSPITAL** | No. Employees, Members <br> **500 or More** | Phone No. (Include Area Code) <br> **(773) 702-1000** |
|---|---|---|
| Street Address <br> **5758 S Maryland Ave,** | City, State and ZIP Code <br> **Chicago, IL 60637** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **03-01-2006**   Latest: **07-03-2007**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by Respondent since March 14, 2005 as a Clinic Coordinator/Orthopaedics Clinic. Since in or about March 2006, I was issued written disciplinary actions. In or about November 2006, I complained about discrimination. On July 3, 2007, I was discharged.

I believe that I have been discriminated against because of my sex, male, and retaliated against because of my protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
JUL 11 2007
CHICAGO DISTRICT OFC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Jul 11, 2007
Date       Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)